| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Michelson, Laurie J. | 2. Court or Organization<br><br>United States District Court, Eastern District of Michigan | 3. Date of Report<br><br>07/17/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>231 West Lafayette Blvd.<br>Room 744<br>Detroit, MI 48226 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐    NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Custodian for the Beneficiary (while a minor) | Debra A. Berman Irrevocable Trust |
| 2. | Advisory Board Member | Eton Academy |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐    NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2011 | Butzel Long Pension Trust. Distributions of $1,431 per month commencing at the age of 65. |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America (cash account) | A | Interest | L | T | | | | | |
| 2. Bank of America -- IRA (cash) | A | Interest | J | T | | | | | |
| 3. Brokerage Account | | | | | | | | | |
| 4. - Oppenheimer Main Street Fund | A | Int./Div. | | | Sold | 09/22/16 | K | D | |
| 5. - Bank of America NA RASP | A | Dividend | M | T | | | | | |
| 6. - DJIA MITTS ISSUER BAC PART 137% | A | Dividend | K | T | | | | | |
| 7. - DJIA LIRN ISSUER BAC PART 113.31% | A | Dividend | | | Sold | 09/22/16 | J | B | |
| 8. - DJIA LIRN ISSUER RBC PART 107.5% | A | Dividend | K | T | | | | | |
| 9. - American Amcap Mutual Fund | A | Dividend | | | Sold | 09/22/16 | L | D | |
| 10. - INTL BKT LIRN ISS CS | A | Dividend | | | Sold | 09/22/16 | K | | |
| 11. - American Fundamental Investors Mutual Fund | B | Dividend | M | T | | | | | |
| 12. -Blackrock Multi Asset Income Port | D | Dividend | | | Sold | 09/22/16 | N | | |
| 13. - American Washington Mutual Investors Fund | C | Dividend | M | T | | | | | |
| 14. - Deutsche Floating Rate Mutual Fund | A | Dividend | | | Sold | 02/23/16 | J | | |
| 15. - First Trust Large Cap Value Mutual Fund | A | Dividend | K | T | | | | | |
| 16. - First Trust Large Cap Growth Mutual Fund | A | Dividend | M | T | | | | | |
| 17. - First Trust Mid Cap Core Mutual Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - American New Perspective FD CLA | | | | | Buy | 02/23/16 | J | | |
| 19. - American New Perspective FD CLA | A | Dividend | | | Sold | 09/22/16 | J | B | |
| 20. - SP500 Stepup ISSUER DB | A | Dividend | | | Redeemed | 12/23/16 | K | C | |
| 21. - Global X MLP ETF | A | Dividend | J | T | | | | | |
| 22. - DJIA LIRN Issuer BAC | A | Dividend | | | Sold | 01/29/16 | J | | |
| 23. - R2000 ARN Issuer HSBC | A | Dividend | | | Redeemed | 01/29/16 | J | | |
| 24. - SX5E LIRN ISSUER RBC | A | Dividend | J | T | | | | | |
| 25. - SP500 ARN ISSUER CS | A | Dividend | K | T | | | | | |
| 26. - Maryland 5T ST Local | A | Interest | K | T | Buy | 10/28/16 | K | | |
| 27. - Michigan ST Bond | A | Interest | K | T | Buy | 10/19/16 | K | | |
| 28. - New York NY Mun WFA | A | Interest | K | T | Buy | 12/01/16 | K | | |
| 29. - Nebraska Pub PWR Dist | A | Interest | J | T | Buy | 10/19/16 | J | | |
| 30. - San Antonio Tex Indpt | A | Interest | J | T | Buy | 11/16/16 | J | | |
| 31. - University Mich Revs Gen | A | Interest | K | T | Buy | 10/19/16 | K | | |
| 32. - Oregon St Facs Auth Rev | A | Interest | J | T | Buy | 10/20/16 | J | | |
| 33. - University Utah 5ER B-1 | A | Interest | K | T | Buy | 10/19/16 | K | | |
| 34. - Salt Riv PJ Agric IPD AZ | A | Interest | K | T | Buy | 11/18/16 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Florida ST Brd Ed Pub | A | Interest | K | T | Buy | 10/28/16 | K | | |
| 36. - Grand River Dam Auth | A | Interest | J | T | Buy | 10/26/16 | J | | |
| 37. - Michigan St Envir Prog Ser A | A | Interest | K | T | Buy | 10/28/16 | K | | |
| 38. - North Tex Mun Wtr Dist | A | Interest | K | T | Buy | 11/23/16 | K | | |
| 39. - Harris Cnty Tex Sr Lien-Toll | A | Interest | K | T | Buy | 10/24/16 | K | | |
| 40. - Virginia CBA Va Ed FCS | A | Interest | K | T | Buy | 11/14/16 | K | | |
| 41. - New Jersey Hlth Care Rev A | A | Interest | J | T | Buy | 10/20/16 | J | | |
| 42. - DJIA LIRNS Issuer CI BC 127.6 | A | Dividend | J | T | Buy | 01/28/16 | J | | |
| 43. IRA #1 | | | | | | | | | |
| 44. - Bank of America NA RASP | A | Dividend | J | T | | | | | |
| 45. - Blackrock Equity Dividend Mutual Fund | B | Dividend | L | T | | | | | |
| 46. - Deutsche Global Infrastructure Fund | A | Dividend | | | Sold | 09/23/16 | K | | |
| 47. - Goldman Sachs US Equity Mutual Fund | B | Dividend | L | T | | | | | |
| 48. - iShares S&P Global 100 Index Mutual Fund | B | Dividend | L | T | | | | | |
| 49. - iShares Core High Div Equity Fund | C | Dividend | L | T | | | | | |
| 50. - Lord Abbett Multi Asset Growth Fund | B | Dividend | | | Sold | 09/23/16 | L | | |
| 51. - Powershares S&P 500 High Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - Vanguard Dividend Appreciation Fund | B | Dividend | L | T | | | | | |
| 53. - First TR Exchange FDN | A | Dividend | J | T | Buy | 09/22/16 | J | | |
| 54. - First TR Utilities FXJ | A | Dividend | K | T | Buy | 09/22/16 | K | | |
| 55. - First TR Consumer FXD | A | Dividend | K | T | Buy | 09/22/16 | J | | |
| 56. - First TR Energy FXN | A | Dividend | K | T | Buy | 09/22/16 | J | | |
| 57. - First TR Indstrl FXR | B | Dividend | J | T | Buy | 11/23/16 | J | | |
| 58. - First TR Consumer Staples Alpha FD | A | Dividend | | T | Buy | 09/27/16 | J | | |
| 59. - First TR Consumer Staples Alpha FD | | | | | Sold | 11/29/16 | J | | |
| 60. Simons-Michelson-Zieve Inc Stock | A | Dividend | M | W | | | | | |
| 61. The Northwestern Mutual Life Insurance Company (whole life) | C | Interest | L | T | | | | | |
| 62. Massachusetts Mutual Life Ins Company (group universal) | B | Interest | J | T | | | | | |
| 63. Simons-Michelson-Zieve Note Receivable | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I: The Debra Berman Irrevocable Trust presently is an unfunded trust holding life policy through USAA.

| Name of Person Reporting | Date of Report |
|---|---|
| Michelson, Laurie J. | 07/17/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Laurie J. Michelson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544